Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of Kansas ▾

_____ Division

TC HULETT JR

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-v-**

RANDI SHANNON Paola City Manager
Leigh House Mayor

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No.  6:23-cv-1026-HLT-KGG

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | TC Hulett Jr |
| Address | 841 n market |

| | | |
|---|---|---|
| Wichita | ks | 67202 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Sedgwick |
| Telephone Number | 816-616-4815 |
| E-Mail Address | Justice4tchulettjr@gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | RANDI SHANNON |
| Job or Title *(if known)* | A PERSON |
| Address | 19 E Peoria |

| | | |
|---|---|---|
| Paola | KS | 66071 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | miami |
| Telephone Number | (913) 259-3600 |
| E-Mail Address *(if known)* | mayor@paolagov.org |

[✓] Individual capacity     [ ] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Leigh House |
| Job or Title *(if known)* | A PERSON |
| Address | |

| | | |
|---|---|---|
| Paola | KS | 66071 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Miami |
| Telephone Number | (913) 259-3600 |
| E-Mail Address *(if known)* | mayor@paolagov.org |

[✓] Individual capacity     [ ] Official capacity

Defendant No. 3

| | |
|---|---|
| Name | john doe |
| Job or Title *(if known)* | ARRESTING DEPUTIES |
| Address | 19 E PeoriaPaola, |
| | Paola                KS              66071 |
| | *City                  State              Zip Code* |
| County | Miami |
| Telephone Number | (913) 259-3600 |
| E-Mail Address *(if known)* | |

[✓] Individual capacity       [ ] Official capacity

Defendant No. 4

| | |
|---|---|
| Name | john doe |
| Job or Title *(if known)* | ARRESTING DEPUTIES |
| Address | 19 E PeoriaPaola, |
| | Paola                KS              66071 |
| | *City                  State              Zip Code* |
| County | Miami |
| Telephone Number | (913) 259-3600 |
| E-Mail Address *(if known)* | |

[✓] Individual capacity       [ ] Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

[ ]   Federal officials (a *Bivens* claim)

[✓]   State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Title 42, U.S.C., Section 14141 - Pattern and Practice
Title 18, U.S.C., Section 248 Freedom of Access to Clinic Entrances
1) False arrest 2)The right to be free from racial segregation 3) Assault
4) Intentional infliction of emotional distress 4)Battery 5)Unlawful Racial Profiling 6)Police brutality 7) Deliberate indifference medical 8)kidnapping 9)Official Misconduct

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

11/4/22 Paola arresting deputies John Doe and John Doe six other officers acted under color of law and acts were unconstitutional. Recklessly using force. They are acting illegally in their role and violated the Americans with Disabilities Act (ADA) by wantonlly denying and delaying individual TC Hulett Jr medical emergency treatment. Deliberate indifference to the rights of person. Deputies Illegal arrest and Illegal incarceration in retaliation deprivation of liberties. Intentional infliction of emotional distress. +

## III.  Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

Paola gang arresting deputies wantonly used excessive force Inside and outside Miami county medical center. They engaged in false imprisonment. They forced me in a bounded area in Miami County medical center. It happened more than twice. Recklessly deliberate indifference to TC HULETT JR medical need and wilfully delaying my treatment. I was Profiled, bullied, and ambushed. I was dragged around by my dreadlocks naked in front of my whole community. I felt humiliated, scared, and violated. +

B.  What date and approximate time did the events giving rise to your claim(s) occur?
November 4, 2022 7:00 pm abuse of power. a § 1983 claim begins to accrue when the plaintiff has a complete and present cause of action, that is, when the plaintiff can file suit and obtain relief. Ongoing violations of the plaintiff's constitutional rights may delay the accrual date of the plaintiff's claim under the continuing violation doctrine. Bring these officers to justice. Official misconduct is established.

C.  What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
RANDI SHANNON Paola City Manager, Leigh House Mayor, ARRESTING DEPUTIES abuse of power committed heinous acts. The 11/4/22 deprivation of rights incident has destroyed my life and happiness. These selfish actors violated my civil liberties. GPS  I was constantly bullied, harassed, and mistreated. I believe that as a result of me being African American and because engaged in protected activities, it is a fact that I was illegally harassed, bullied, and subjected to a pattern of racial harassment. Disparate treatment, and knowingly subjected to unjustified and racial profiling and rapid use of excessive force series. I have been forced to sleep outside since the kidnapping. I don't feel human anymore. I'm scared. I'm sad. I'm without. I'm suffering. I did not deserve this wrongful treatment. My life will never be the same again. I love being an American. Paola police gang treated me like I wasn't an American. They did not try to protect and serve anything. They treated me awful and everything was done unlawful. I've experienced human evil from Paola police gang. Sheila Marie Schultz ordered me to get attacked, violated, and arrested. They have practice of using excessive force and violating the rights of me being a citizen. Police brutality and out of control cops are destroying this country. +

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Hospitalized-blunt trauma to my abdomen, a closed head injury, chest contusions, and a sprained wrist. I was in pain all over. My chest was tight and I couldn't breathe. My knees scraped, bloody, and bruised. Cuffs jammed on too tight. My wrist and hands turn colors. My dreadlocks and scalp were bloody from being ripped from my scalp while Paola deputies dragged me naked,through the hospital, down the driveway to the patrol car in the freezing cold. This willful force act happened in front of my whole community.I asked for medical treatment more than three times. My attempts were all not successful. After an hour, X Rays were delayed, The nurse treated me awful. They told me that I stink and spelled like pee. Nurse said she's annoyed by me crying and my nose running. She said I need to wipe my nose and stop crying like a baby. After X Rays were taken Paola police gang Deputies wantonly violated and enter my room dragged me out of the hospital while naked in front of everyone. They intentionally damaged my nerves in my neck, body, and ribs. Paola police gang Deputies willfully performed criminal acts and used force Title 18, U.S.C., Section 248 - Freedom of Access to Clinic Entrances. They violated the Americans with Disabilities Act (ADA) by denying and delaying individual TC Hulett Jr medical emergency treatment. Deliberate indifference they injured me and put me in isolation location against my wil

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Make me whole again. All relief which I am entitled to.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11/08/2022

Signature of Plaintiff    TC HULETT JR

Printed Name of Plaintiff    TC HULETT JR

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

Telephone Number

E-mail Address

Designate Place of Trial I choose Wichita, Ks



## Tc's Visit to Miami County Medical Center

**Service Date:** November 4, 2022
**Account Number:**
**Visit Number:**

| | |
|---|---|
| **Total Charges** | **$2,665.40** |
| Medical Service | $137.70 |
| Medical Service | $137.70 |
| Medical Service | $590.00 |
| Medical Service | $1,400.00 |
| Medical Service | $400.00 |

| Form COL | **Violation Warning** | |
|---|---|---|
| | **Denial of Rights Under Color of Law** | |
| | Violation Warning– 18 U.S.C. §242; 18 U.S.C. §245 U.S.C. §1983 | |

| Name and Address of Citizen | Name and Address of Notice Recipient  913-207-1356 |
|---|---|
| TC Hulett JR | Leigh House - mayor |
| | 702 E.Wea |
| | Paola, KS 66071 |

Citizen's Statement
Notice of Intent, I'm aware that you violated my rights.

Every person is entitled to an opportunity to be heard before an impartial court of law.

I certify that the forgoing information stated here is true and correct

Citizen signature

> TC Hulett JR                                    Date> 11/10/22

### Legal Notice and Warning

Federal law provides that it is a crime to violate the Constitutional Rights of a citizen under the Color of Law. You can be arrested for this crime and you can also be held personally liable for civil damages.
Attempting to coerce or deceive a citizen to surrender his Constitutional Rights is a Federal Crime. Federal Courts have found that your ignorance of the law is no excuse.

**18 USC §242** provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both, and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

**18 USC §245** provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both, and if death results or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be subject to imprisonment for any term of years or for life or may be sentenced to death.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning,** you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages. Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

You are advised to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

Notice of Service:
I, ___TC Hulett SR_____certify that I personally delivered this notice to above named recipient
and address on ___11/12/22_____ at __4:30____ (am/pm).

State of Missouri County of Cass Subscribed and sworn
Public Domain—Privacy Form COL (02) to before me on this 12th
day of November, 2022 by TC Hulett Jr proved to me on the
basis of satisfactory evidence to be the person who appeared before me. Jessica Mendez

| JESSICA MENDEZ |
|---|
| Notary Public - Notary Seal |
| STATE OF MISSOURI |
| Commissioned for Cass County |
| My Commission Expires: January 12, 2025 |
| ID #21980086 |

Jessica Mendez

Form **COL**

**Violation Warning**
**Denial of Rights Under Color of Law**

► Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

Name and address of Citizen
TC Hulett JR

Name and address of Notice Recipient   913-259-3600
Randi Shannon — city manager
209 S. Pearl
Paola, KS 66071

Citizen's statement:
Notice of Intent, I'm aware that you violated my rights

Every person is entitled to an opportunity to be heard before an impartial court of law.

I certify that the forgoing information stated here is true and correct.

**Citizen's signature**

► TC Hulett JR                    | Date ► 11/10/22

**Legal Notice and Warning**

**Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, wilfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.
18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.
42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning**, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

Notice of Service:
I, TC Hulett JR _____ certify that I personally delivered this notice to above named recipient
and address on 11/12/22 _____ at 4:30 pm

Public Domain—Privacy Form COL(01)
State of Missouri
County of Cass

Subscribed and sworn to before me on this 12th day of November, 2022 by TC Hulett Jr proved to me on the basis of satisfactory evidence to be the person who appeared before me.

JESSICA MENDEZ
Notary Public - Notary Seal
STATE OF MISSOURI
Commissioned for Cass County
My Commission Expires: January 12, 2025
ID #21960086

Jessica Mendez
Notary Public   Jessica Mendez

| Form COL | **Violation Warning** **Denial of Rights Under Color of Law** Violation Warning-- 18 U.S.C. §242; 18 U.S.C. §245 U.S.C. §1983 | |
|---|---|---|
| Name and Address of Citizen TC Hulett Jr | Name and Address of Notice Recipient 913-294-2800 Sheila M. Schultz Attorney 19 E Peoria st Paola, KS 66071 | |

**Citizen's Statements**
Notice of Intent. I'm aware that you violated my rights.

Every person is entitled to an opportunity to be heard before an impartial court of law

I certify that the forgoing information stated here is true and correct
Citizen signature

> TC Hulett JR                                    Date> 11/10/20

**Legal Notice and Warning**

Federal law provides that it is a crime to violate the Constitutional Rights of a citizen under the Color of Law. You can be arrested for this crime and you can also be held personally liable for civil damages. Attempting to coerce or deceive a citizen to surrender his Constitutional Rights is a Federal Crime. Federal Courts have found that your ignorance of the law is no excuse.

**18 USC §242** provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both, and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

**18 USC §245** provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both, and if death results or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be subject to imprisonment for any term of years or for life or may be sentenced to death.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning,** you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages. Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

You are advised to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

Notice of Service:
I, TC Hulett Jr _____ certify that I personally delivered this notice to above named recipient
and address on  11/12/22  at  4:30pm  (am/pm)
Public Domain—Privacy Form COL(02)

State of Missouri County of Cass Subscribed and Sworn to before me on this 12th day of November 2022 by TC Hulett Jr. proved to me on the basis of satisfactory evidence to be the person who appeared before me Jessica Mendez

JESSICA MENDEZ
Notary Public - Notary Seal
STATE OF MISSOURI
Commissioned for Cass County
My Commission Expires: January 12, 2025
ID #21960086